**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| IN RE:   Christopher K Hughes<br>Debtor | Case Number:   19-21494 |

## ORDER CONFIRMING THE SECOND
## AMENDED PLAN FILED ON 1/25/2020, Court Doc. # 23

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section 4.3 of the plan is hereby allowed.

Copies to:

| | |
|---|---|
| Christopher K Hughes<br>7189  Owens Pike<br>Maysville, KY  41056 | PLUMMER, MICHAEL E.<br>Served Electronically Via ECF |
| SYNCHRONY BANK<br>VIA ECF<br>, | LERNER SAMPSON & ROTHFUSS<br>VIA ECF<br>, |

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Tuesday, February 25, 2020**
(tnw)