**Fill in this information to identify the case:**

Debtor 1  Christopher K Hughes

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of KY

Case number  19-21494

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** First Guaranty Mortgage Corporation     **Court claim no.** (if known): 21

**Last 4 digits** of any number you use to identify the debtor's account:    8970

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☒ Yes.  Date of the last notice: 10/14/2020

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | | (3) $ _____ |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | 02/18/2021, 01/13/2021, 12/10/2020, 10/21/2020 at $20 each, 11/18/2020 at $16.59 | (7) $ 96.59 |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses.  Specify: _____ | | (10) $ _____ |

Official Form            Notice of Postpetition Mortgage Fees, Expenses, and            page 1

Christopher K Hughes                    19-21494

11. Other. Specify: Fee for preparation and filing PPFN    03/16/2021    (11)  $ 100.00
12. Other. Specify: Fee for preparation and filing NOPC    02/05/2021    (12)  $ 50.00
13. Other. Specify: _____    _____    (13)  $ _____
14. Other. Specify: _____    _____    (14)  $ _____

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ Joel K Jensen          Date    3/16/2021
Signature

Print         Joel K. Jensen    Title    Attorneys for Creditor
Company       Lerner, Sampson and Rothfuss, LPA
Address       120 East Fourth Street, 8th Floor
              Cincinnati  OH  45202-4007
Contact phone  (513) 241-3100           Email  Email  ekybk@lsrlaw.com

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges, was electronically transmitted on March 16, 2021via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Michael E Plummer, Esq., Attorney for Debtor
11 West 6th Street
Covington, KY 41011
Plummer50@gmail.com

Beverly M. Burden, Trustee
P.O. Box 2204
Lexington, KY 40588-2204
Notices@Ch13EDKY.com

Office of U.S. Trustee
100 East Vine Street
Suite 500
Lexington, KY 40507
ustpregion08.lx.ecf@usdoj.gov


The undersigned certifies that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges, was transmitted on July 23, 2014 via regular U.S. mail, postage pre-paid:

Christopher K Hughes
7189 Owens Pike
Maysville, KY 41056


    /s/ Joel K Jensen
Joel K. Jensen, Attorney for Creditor
Lerner, Sampson & Rothfuss
Bar Registration No. 81820
Attorneys for Creditor
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3349
(513) 354-6464 fax
ekybk@lsrlaw.com